# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1063
_____

FLORIDA SCHOOL DEPARTMENT
OF MILITARY AFFAIRS/DIVISION
OF RISK MANAGEMENT,

    Appellant,

    v.

MARSHALL RAWSON,

    Appellee.

_____


On appeal from the Office of the Judges of Compensation Claims.
Ralph J. Humphries, Judge.

Date of Accident: February 19, 2024.

July 31, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ryan Lee Davis of McConnaughhay, Coonrod, Weaver & Stern, P.A., Jacksonville, for Appellant.

Thomas W. Sculco and Shannon McLin of Florida Appeals, Orlando, for Appellee.